No. 99–1214. CATERPILLAR INC. ET AL. *v.* NEW HAMPSHIRE DEPARTMENT OF REVENUE ET AL. Sup. Ct. N. H. Certiorari denied.

No. 99–1215. BATTS ET AL. *v.* CLINTON ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–1221. FORD MOTOR CO. *v.* AMMERMAN, GUARDIAN OF AMMERMAN, ET AL. Ct. App. Ind. Certiorari denied.

No. 99–1226. WILSON ET AL. *v.* MILLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1228. HOWE *v.* RICHARDSON ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–1237. ZAHRAN ET UX. *v.* CLEARY BUILDING CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1241. CHILDREN'S HOSPITAL OF PHILADELPHIA ET AL. *v.* CUNNINGHAM ET AL. Ct. Common Pleas of Philadelphia County, Pa. Certiorari denied.

No. 99–1251. BEACHY *v.* BOISE CASCADE CORP. C. A. 9th Cir. Certiorari denied.

No. 99–1254. THOMAS *v.* DISTRICT OF COLUMBIA COURT OF APPEALS BOARD ON PROFESSIONAL RESPONSIBILITY. Ct. App. D. C. Certiorari denied.

No. 99–1260. WELDON ET UX. *v.* FARM CREDIT SERVICES OF MICHIGAN'S HEARTLAND, PCA. Ct. App. Mich. Certiorari denied.

No. 99–1269. TAYLOR *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 99–1282. WILLMAN *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–1290. NORWOOD *v.* WESTERN FEDERAL CREDIT UNION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–1299. ALHILAWI *v.* ALASKA. Super. Ct. Alaska, 1st Jud. Dist. Certiorari denied.